UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:03CR00309-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| CHARLES F. MEACHAM, JR., | ) | |

It now appearing to the court that the said Charles F. Meacham, Jr., died on or about April 18, 2010. At which time a remaining liability existed in the amount of $5,220.99.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the ____ day of _____, 2011

TERRENCE W. BOYLE
U.S. District Court Judge